# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS REQUENE GALLO, <br><br> Defendant. | Case No.: 19-cr-04378-DMS-3 <br><br> **ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE** <br><br> [ECF No. 151] |

Pending before the Court is Defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. Amendment 821 (2023), based on U.S.S.G. § 4C1.1 ("Motion"). (Mot., ECF No. 151). The Government filed a response in opposition. (Opp'n, ECF No. 159). The Court finds that Defendant does not qualify for a sentence modification and denies his Motion.

"Section 3582(c)(2) allows modification of a term of imprisonment when: (1) the sentence is based on a sentencing range that has *subsequently* been lowered by the Sentencing Commission; and (2) such reduction is consistent with applicable policy statements issued by the Sentencing Commission." *United States v. Waters*, 771 F.3d 679, 680 (9th Cir. 2014) (per curiam) (emphasis added). Under Amendment 821, the Sentencing Commission amended the Sentencing Guidelines to include § 4C1.1, which provides an adjustment for "certain zero-point offenders." *See* U.S.S.G. § 4C1.1.

Defendant was sentenced on December 15, 2023. (ECF No. 117). Section 4C1.1 was enacted on November 1, 2023, and thus, was in effect at the time of Defendant's

1

sentencing. (Opp'n 1). Defendant now requests a two-point reduction for being a Zero-Point Offender. (Mot. 2). The Government correctly highlights that both parties in their respective sentencing summary charts included a two-point deduction for Defendant being a Zero-Point Offender under § 4C1.1. (Opp'n 1); (*see* ECF Nos. 110, 114). The Government ultimately argues that "Defendant has already received the benefit of this Court considering a 2-level reduction for Zero-Point Offender," and is therefore "facially ineligible for the relief sought." (Opp'n 2). The Court agrees. Section 4C1.1 was already in effect and considered when determining Defendant's sentence. The Court **DENIES** the Motion.

**IT IS SO ORDERED.**

Dated: December 4, 2025

Hon. Dana M. Sabraw
United States District Judge